**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHN DADDABBO, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NORDVPN S.A., and TEFINCOM S.A. d/b/a NORDVPN, AND LAGOSEC, INC<br><br>    Defendants. | Case No. 3:26-cv-00558-OAW<br><br><br>**JOINT MOTION REQUESTING A STAY OF ALL PROCEEDINGS PENDING SETTLEMENT** |

Pursuant to Local Civil Rule 7 and the Federal Rules of Civil Procedure, Plaintiff John Daddabbo and Defendants NordVPN S.A., Tefincom S.A. d/b/a NordVPN and Lagosec, Inc. ("Defendants") (collectively, the "Parties") respectfully submit this joint motion requesting an extension of time to respond to Plaintiff's Complaint and stay of all proceedings in this action, including all deadlines, for a period of ninety (90) days while the Parties finalize a settlement agreement and in support hereof, the Parties respectfully show:

1. On April 10, 2026, Plaintiff filed the putative Class Action Complaint in this matter. ECF No. 1.

2. Defendants have executed Waivers of the Service of Summons. ECF Nos. 10-12.

3. The due date for Defendants' answers or motion under Rule 12 is 60 days from April 10, 2026, which is June 9, 2026.

4. On April 10, 2026, the Parties participated in a full-day mediation before Marc Isserles, Esq.

5. During that mediation, the Parties reached an agreement in principle to resolve this matter (and others).

6.      The agreement was memorialized in a Memorandum of Understanding executed on April 14, 2026, which sets forth the material terms of the settlement and establishes a timeline for completion of the settlement process. Pursuant to that agreement, the Parties intend to file a motion for preliminary approval of the settlement within ninety (90) days of the mediation, i.e., by July 13, 2026.

7.      The Parties are currently working diligently to finalize the terms of a comprehensive settlement agreement and supporting documents necessary for preliminary approval, including class notice materials and related filings.

8.      In light of the Parties' agreement in principle and ongoing efforts to finalize settlement, continuing litigation—including discovery, motion practice, and other pretrial deadlines—would impose unnecessary burden and expense on the Parties and the Court.

9.      A temporary stay of all proceedings will conserve judicial resources and allow the Parties to focus on finalizing the settlement.

10.     The Parties therefore respectfully request that the Court stay all proceedings in this matter for ninety (90) days, including answer or motion under Rule 12, up through and including September 7, 2026 which will allow substantial progress toward finalizing the settlement.

11.     The Parties will promptly notify the Court upon execution of a final settlement agreement and will thereafter submit appropriate filings, including any motion for preliminary approval, if applicable.

12.     If the Parties are unable to finalize the settlement within the requested stay period, they will submit a joint status update to the Court prior to the expiration of the stay.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court stay all proceedings in this matter, including all deadlines and scheduled events, for ninety (90) days, through September 7, 2026, and direct the Parties to submit a joint status report by that date.

Dated: May 15, 2026

**MILBERG LLC**

/s/ Sanford P. Dumain
Sanford P. Dumain (CT Bar No. 08138)
100 Garden City Plaza
Garden City, New York 11530
Tel: (212) 594-5300
sdumain@milberg.com

Dated:  May 15, 2026                Respectfully submitted,

**ZWILLGEN PLLC**

/s/ *Michael C. Bleicher*
Michael.bleicher@zwillgen.com
1900 M St. NW #250
Washington, DC 20036
Telephone: (202) 706-5239
Fax: (202) 706-5298

*Attorneys for Defendants*

3